AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

**SEALED**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| | ) 23-49 MAG |
| Joshua Whiticar | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____May 9, 2023_____ in the parish of _____Orleans_____ in the _____Eastern_____ District of _____Louisiana_____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875(c) | transmitting threats to injure the person of another in interstate commerce |

This criminal complaint is based on these facts:

See attached Affidavit.

___ Fee _____
_X_ Process___2cc:USMS___
___ Dktd_____
___ CtRmDep_____
___ Doc. No_____

☑ Continued on the attached sheet.

/s/ Chad Cockerham
*Complainant's signature*

TFO Chad Cockerham, FBI
*Printed name and title*

Sworn to and electronically subscribed before me, over the telephone, and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d), on this 12th day of May, 2023.

Date: ___May 12, 2023___

*Judge's signature*

City and state: ___New Orleans, Louisiana___

Honorable Donna Phillips Currault, U.S. Magistrate Judge
*Printed name and title*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**                    <span style="color:red">**SEALED**</span>

UNITED STATES OF AMERICA          *          MAGISTRATE NO.: 23-49

v.                                               *

JOSHUA WHITICAR                   *

                                                 *

                        *          *          *

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Chad Cockerham, Task Force Officer (TFO) with the New Orleans Police Department (NOPD), assigned to the Federal Bureau of Investigation, being duly sworn, do hereby depose and state that the following information is true to the best of my knowledge and belief:

### INTRODUCTION AND AGENT BACKGROUND

1.      I have been employed by the NOPD since January 2009 and have been assigned to the FBI New Orleans Violent Crime Task Force (NOVCTF) since November 2018. This task force includes federal and state officers tasked with the responsibility of investigating fugitive matters, bank robberies, extortions, narcotic violations, firearm violations, carjackings, and crimes of violence in the New Orleans metropolitan area. I have participated in investigations involving narcotics, firearm violations, and violent crimes, and am thoroughly familiar with the investigative techniques used in these investigations.

2.      I make this affidavit in support of securing a criminal complaint against JOSHUA WHITICAR for violating Title 18, United States Code, Section 875(c) – transmitting in interstate commerce threats to injure the person of another. I am personally familiar with the facts and circumstances surrounding this investigation from my own investigative activities and from information obtained from other law enforcement officers with personal knowledge of the facts.

3.      Because this affidavit is being submitted for the limited purpose of securing a

criminal complaint, I have not set forth each and every fact known to me concerning this

investigation. I have included what I believe are the facts sufficient to establish probable cause for

the complaint sought.

## PROBABLE CAUSE

4.      On Monday, May 9, 2023, at approximately 4:00 p.m., I was contacted by the FBI

Operations Center concerning a threat to life complaint relayed by the FBI National Threat

Operations Center (NTOC). Undersigned was advised that NTOC received intelligence from the

Department of Homeland Security regarding Twitter user "Yahusha1991" posting threats towards

law enforcement. The following was posted on Twitter:

"They claim I am violent but when attacked I just stood firm and steadfast I turned the other cheek and sought justice but FUCK it Black people deserve to breed So don't be mad when white people bleed Praying for demons to kill white jeSUS I am his slayer call me a savior Bullets."[1]

"Into the pigs into the pigs Demons and bullets Fuck you coppers and your choppers My Aluah demands more dead police bodies piling up the morgue I'm worst than COVID I hit with lyrics Spiritually gifted don't arrest Me Kill Me."[2]

5.      Based on the information posted to the Twitter account, the FBI identified the

account as being utilized by WHITICAR, 5813 Louis Prima Drive West, New Orleans, Louisiana

70128. A review of FBI records revealed several concerning interactions with WHITICAR:

### 9/22/2018, Oklahoma City

Officer Stillion, while working the installation access control point, had a subject; WHITICAR, Joshua Daniel (DL# C083033418) approach him in a black 4-door Mazda LP# EPX512 and attempt to make unauthorized entry onto the installation. WHITICAR was denied entry and started shouting religious ramblings. Stillion instructed WHITICAR to back up his vehicle off

---

[1] This post was accompanied by photos depicting WHITICAR with a bloodied face, and business cards of Sgt. Bill Jenkins, Joint Terrorism Task Force, Tulsa Police Department and Special Agent Darryl Belarmino, FBI New Orleans.

[2] This post was accompanied by a link to an article: 2016 shooting of Dallas police officers - Wikipedia (last viewed May 12, 2023). This article describes the ambushing, shooting and killing of five police officers and injuring nine others.

the installation, to which WHITICAR complied. Stillion closed the gate to the installation and re-approached WHITICAR to obtain personal information. WHITICAR provided DL to Stillion. Officer Guest and MSgt Yates arrived on-scene to provide over watch. WHITICAR stated, "He was Hebrew and he is protesting the killing of his people by police officers and the US military. But that he loves the military, and just wanted to hang out." Yates witnessed WHITICAR place his hands in the air and stated he was, "praying to Yahushua." WHITICAR then went to his knees and stated, "Kill cops but not the military, I respect you guys." WHITICAR asked several times if he could take pictures of the responding officers which was denied. Stillion instructed WHITICAR to leave the area, which he complied.

### 9/24/2018, Oklahoma City

Officer Emerson, while working the installation access control point, noticed a vehicle approaching the gate. The vehicle stopped and WHITICAR exited and started walking towards Emerson. Emerson instructed WHITICAR to stop, which he complied; but instantly fell to his knees raised his arms in the air and began to pray. WHITICAR stated, "He was the messiah, and he was here to protect the people of Israel." When officer Eckhart and TSgt Talbert arrived on-scene WHITICAR began to shout, "attacking Iran must come through me." WHITICAR shouted incoherently for approximately 2 minutes before entering his car and leaving the premises.

### 06/21/2020, Oklahoma City

WHITICAR called the FBI National Threat Operations Center (NTOC) to report he wanted to die by "suicide by cop". He also stated he wanted to take a firearm or grenade to the White House to be killed by law enforcement as a political statement. WHITICAR wanted his death on the national stage as a catalyst to change. He believed that people were being treated unfairly and his death would bring change.

### 07/10/2020, Oklahoma City

Known Person was conversing on Facebook with WHITICAR, which led WHITICAR to say, "Like I am saying, I want to kill you and spill your wicked blood then dash your babies upon some rocks".
Known Person looked at the Facebook account of WHITICAR and saw that he had also posted "I want to kill Donald Trump and cut his head off". WHITICAR also mentioned that "it is not a threat, it is a promise" and that WHITICAR is "ready to die". WHITICAR also posted on his Facebook that he has called the FBI multiple times about his intentions of homicide and spent forty-five (45) minutes on the telephone with the FBI, but the FBI does nothing.

### 4/26/2022 (Posted on Twitter)

 "Father teach me to die to myself before I try to get myself killed further. A Martyr's death is welcomed I stood on a cop car threaten a president talked to the @FBI and @SecretService and I am struck here. He won't let me leave (crying emoji inserted) Fuck this life and world my bags are packed."

**4/11/2023 (Posted on Facebook)**

Concerned citizen reported that WHITICAR posted on Facebook about starting a cartel, that he is justice incarnate, and wants to skin his enemies alive. Concerned citizen thinks WHITICAR is possibly in New Orleans. Known citizen stated WHITICAR was in a mental hospital, and on 03/24 he posted his release from the mental health facility. WHITICAR posted the name of an Agent in the New Orleans Office, Darryl Belarmino on Facebook. Concerned citizen stated WHITICAR was being investigated by the Anti-Terrorist Task Force when WHITICAR lived in Oklahoma.

6.      In the interest of public safety and the safety of law enforcement, NOPD was dispatched to 5813 Louis Prima Drive to conduct a knock and talk with WHITICAR. Officers encountered WHITICAR's mother who explained that her son suffered from mental illness and that she would apply for commitment papers for WHITICAR.

7.      On Tuesday, May 9, 2023, at approximately 10:06 p.m., the FBI National Threat Operations Center (NTOC) received a call from WHITICAR. During the phone call WHITICAR stated his intent to commit suicide by cop. WHITCAR further advised that he was on his way to the FBI New Orleans Field Office and stated: "I got a knife on me and I will use it . . . I will get them to kill me . . . I wil do enough to get them to kill me." Subsequently, WHITICAR claimed not to have a knife but would make law enforcement believe he did so he would be killed.

8.      NTOC contacted the FBI to make sure all parties were aware of WHITICAR's intentions. In order to use deadly force, FBI policy states: "Law enforcement officers of the Department of Justice may use deadly force only when necessary, that is, when the officer has a reasonable belief that the subject of such force poses an imminent threat of death or serious physical injury to the officer or to another person."  Because WHITACAR intended to convey such a threat to commit "suicide by cop", the FBI New Orleans Field Office went into lockdown, and the SWAT Team was assembled and deployed. While agents were at the gate, they observed

4

WHITICAR pull into the parking lot. WHITICAR quickly exited his vehicle and was immediately engaged by the SWAT Team. WHITICAR stated:

"Hey Sir, I like your gun….I'm a terrorist, I like bullets for fun…..you good aim with that (gun)…..I'm on the phone with the DC Office…..I'm not getting on my knees, you can kill me (after Agents commands)…..kill me right here….right here…make me…put me on my knees…no, put me on my knees, put me on my knees….where the bullet, where's the gun…..is it right there….is that the trigger….is that the fucking trigger….you have a bead on my chest…..you need another fucking target….my heart not big enough to be the fucking target."

After several tense moments FBI SWAT Agents were able to secure WHITICAR without incident.

9.      Agents conducted a check of WHITICAR which revealed he was not in possession of any weapons. Undersigned subsequently obtained a state search warrant on WHITICAR's vehicle. Investigators located a grinder, a glass pipe, a scale, a clump of vegetable matter and THC oil in the vehicle. No weapons were located.

10.     Undersigned continued to investigate this incident and discovered via WHITICAR's social media account that he was very disturbed about law enforcement coming to his residence, and that he would intensify his tactics toward law enforcement.

11.     Based on the above information, your Affiant believes that there is probable cause to believe that JOSHUA WHITICAR's social media posts and statements that he was armed with a knife and would use it so he would be killed violated Title 18, United States Code, Section 875(c).

_/s/ Chad Cockerham_
TFO Chad Cockerham
Federal Bureau of Investigation

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the

5

complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Sworn to and electronically subscribed before me, over the telephone, and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d), on this 12th day of May, 2023.

_____
Honorable Donna Phillips Currault
United States Magistrate Judge

6