UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 23-49 |
| JOSHUA WHITICAR | * | SECTION: "MAG" |

**MOTION AND INCORPORATED MEMORANDUM**
**TO REQUEST MEDICAL TREATMENT**

**NOW INTO COURT**, through undersigned counsel, comes the Defendant, Joshua Whiticar, who respectfully represents as follows:

**I.**

Mr. Whiticar was diagnosed several years ago with multiple sclerosis, a chronic and progressive neurological condition that requires continuous medical care and prescribed medication to manage its debilitating symptoms. This medical history was also referenced in a forensic psychological report issued by Cynthia Turner, a doctor with the Bureau of Prisons on November 20, 2024. Mr. Whiticar has not received the necessary medication or treatment for his condition since being housed at the Plaquemines Parish Jail.

**II.**

As a result, Mr. Whiticar's health has deteriorated while in custody. He is currently experiencing symptoms which reflect a critical decline in his health and well-being.

**III.**

Considering Mr. Whiticar's worsening condition, undersigned counsel respectfully requests that the Court issue an Order directing the Plaquemines Parish Jail to conduct a comprehensive medical evaluation of Mr. Whiticar's current health status. Furthermore,

counsel requests that the jail medical staff provide Mr. Whiticar with the appropriate medication and treatment for multiple sclerosis without further delay. Finally, counsel asks that the jail medical staff prepare and forward to the Court a detailed report of Mr. Whiticar's diagnoses and the proposed treatment plan for further evaluation and consideration.

**WHEREFORE**, Defendant, Joshua Whiticar, through undersigned counsel, prays that this Honorable Court grant this Motion and issue an Order directing the requested actions to ensure that Mr. Whiticar receives the necessary medical care while in custody.

Respectfully submitted this 27th day of January, 2025.

CLAUDE J. KELLY
Federal Public Defender


/s/Claude J. Kelly
CLAUDE J. KELLY
Federal Public Defender
500 Poydras Street, Suite 318
Hale Boggs Federal Building
New Orleans, Louisiana 70130
(504) 589-7930
E-mail:   claude_kelly@fd.org

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 27, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Dall Kammer, Assistant United States Attorney, 650 Poydras Street, New Orleans, Louisiana 70130. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: n/a.

    /s/Claude J. Kelly
    CLAUDE J. KELLY
    Federal Public Defender