UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 23-49 |
| JOSHUA WHITICAR | * | SECTION: "MAG" |

**ORDER**

Considering the foregoing Motion:

**IT IS ORDERED** that the Plaquemines Parish Jail conduct a comprehensive medical evaluation of Mr. Whiticar's current health condition, specifically addressing his multiple sclerosis diagnosis and related symptoms.

**IT IS FURTHER ORDERED** that the Jail promptly provide Mr. Whiticar with the appropriate medication and treatment necessary to manage his multiple sclerosis.

**IT IS FURTHER ORDERED** that the Plaquemines Parish Jail prepare and submit a detailed report to this Court outlining Mr. Whiticar's diagnoses and the proposed treatment plan no later than 30 days from the date of this Order.

New Orleans, Louisiana, this ___28th___ day of ___January___, 2025.

_____
United States Magistrate Judge
Michael B. North