UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 23-49 |
| JOSHUA WHITICAR | * | SECTION: "MAG" |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM
TO REOPEN THE DETENTION PROCEEDINGS**

**NOW COMES** defendant Joshua Whiticar who, through undersigned counsel, respectfully moves this Honorable Court to reconsider the order of detention of May 31, 2023. The reasons for this motion are set forth below:

On May 31, 2023, Mr. Whiticar appeared before this Honorable Court and stipulated to detention with a reservation of his right to reopen the matter upon a change in circumstances which might allow his release on bond. (Rec. Doc. 15)

Title 18, United States Code, § 3142(f)(2) provides for a review of the detention hearing. It states that:

> "The hearing may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community."

The underlying circumstances have dramatically changed since the original Order of detention. While in custody, Mr. Whiticar has been treated at a federal medical facility and has been restored to competency. However, he suffers with Multiple Sclerosis which

was treated in the federal medical facility. Since his return to the local jail, the disease has gone untreated. His physical condition is deteriorating rapidly, with no medical treatment in sight.

Undersigned counsel respectfully asks this Honorable Court to reconsider its previous Order of Detention and allow Mr. Whiticar to be released to his parents' home where treatment can be arranged, with supervision by the United States Probation office until the matter is finally resolved.

Assistant United States Attorney Dall Kammer, has been contacted and does not oppose this motion. Mr. Kammer also indicated that he does not oppose the release of the defendant with proper conditions of release being set.

**WHEREFORE**, Defendant, Joshua Whiticar, through undersigned counsel, prays that this Honorable Court grant this Motion and reopen his detention hearing to allow for consideration of his release.

Respectfully submitted this 12th day of February, 2025.

        CLAUDE J. KELLY
        Federal Public Defender


        /s/Claude J. Kelly
        CLAUDE J. KELLY
        Federal Public Defender
        500 Poydras Street, Suite 318
        Hale Boggs Federal Building
        New Orleans, Louisiana 70130
        (504) 589-7930
        E-mail: claude_kelly@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Dall Kammer, Assistant United States Attorney, 650 Poydras Street, New Orleans, Louisiana 70130. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: n/a.

/s/Claude J. Kelly
CLAUDE J. KELLY
Federal Public Defender