UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 23-49 |
| JOSHUA WHITICAR | * | SECTION: "MAG" |

**ORDER**

Considering the foregoing,

**IT IS ORDERED** that defendant's Motion to Reopen Detention Proceedings is Granted.

**IT IS FURTHER ORDERED** that a detention hearing be held on the 18th day of February, 2025, at 11:00 a.m, before Magistrate Judge Michael B. North.

New Orleans, Louisiana, this 14th day of February, 2025.

_____
UNITED STATES MAGISTRATE JUDGE